# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Angela Romagosa Fernandez | ) |
| | ) |
| Plaintiff, | ) C.A. No. 1:21-cv-01606-MN |
| | ) |
| v. | ) **DEMAND FOR JURY TRIAL** |
| | ) |
| Trafigura Trading, LLC | ) |
| | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of David A. Baron, Esquire, Melvin White, Esquire and Laina C. Lopez, Esquire of Berliner Corcoran & Rowe LLP to represent Plaintiff in this matter.

Dated: December 7, 2021         CROSS & SIMON LLC

  */s/ Michael L. Vild*
  Michael L. Vild (No. 3042)
  1105 N. Market Street, Suite 901
  Wilmington, Delaware 19801
  Tel: (302) 777-4200
  mvild@crosslaw.com

  *Counsel for Plaintiff*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____            _____
  The Honorable Maryellen Noreika
  United States District Court Judge

**CERTIFICATION BY DAVID A. BARON TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 8/30/16, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: December 7, 2021                  */s/ David A. Baron*
                                                                     David A. Baron, Esq.
                                                                     BERLINER CORCORAN & ROWE LLP
                                                                     1101 17th Street, N.W., Suite 1100
                                                                     Washington, D.C. 20036-4798
                                                                     Tel: (202) 293-5555
                                                                     dbaron@bcr-dc.com

**CERTIFICATION BY MELVIN WHITE TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Arkansas and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 8/30/16, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: December 7, 2021                     */s/ Melvin White*
                                            Melvin White, Esq.
                                            BERLINER CORCORAN & ROWE LLP
                                            1101 17th Street, N.W., Suite 1100
                                            Washington, D.C. 20036-4798
                                            Tel: (202) 293-5555
                                            mwhite@bcr-dc.com

**CERTIFICATION BY LAINA C. LOPEZ TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 8/30/16, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: December 7, 2021          */s/ Laina C. Lopez*
                                                Laina C. Lopez, Esq.
                                                BERLINER CORCORAN & ROWE LLP
                                                1101 17th Street, N.W., Suite 1100
                                                Washington, D.C. 20036-4798
                                                Tel: (202) 293-5555
                                                lcl@bcr-dc.com