# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Angela Romagosa Fernandez ) | |
| ) | |
| Plaintiff, ) | C. A. No. 1:21-cv-01606-MN |
| ) | |
| v. ) | **DEMAND FOR JURY TRIAL** |
| ) | |
| Trafigura Trading, LLC ) | |
| ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND ORDER REGARDING SCHEDULING

WHEREAS, on November 15, 2021, Plaintiff filed a Complaint [D.I. 1] against Defendant Trafigura Trading, LLC; and

WHEREAS, Plaintiff intends to amend the Complaint; and

WHEREAS, certain administrative matters, including the opening and administration of estates for potential plaintiffs who are deceased, must be addressed before Plaintiff can file the amended complaint;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval and order of the Court, that:

1. This action is stayed through and including February 7, 2022.

2. Defendant need not respond to the original Complaint.

3. Plaintiff may file an amended complaint by or before February 7, 2022.

4. Defendant shall have 60 days from the filing of the amended complaint to answer or otherwise respond to the amended complaint.

| | |
|---|---|
| CROSS & SIMON, LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Michael L. Vild<br>Michael L. Vild (No. 3042)<br>1105 N. Market Street<br>Suite 901<br>Wilmington, Delaware 19801<br>Tel: (302) 777-4200<br>mvild@crosslaw.com | /s/ Jack B. Blumenfeld<br>Jack B. Blumenfeld (No. 1014)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Tel: (302) 658-9200<br>jblumenfeld@morrisnichols.com |
| *OF COUNSEL* | |
| BERLINER CORCORAN & ROWE LLP<br>David A. Baron (admitted *pro hac vice*)<br>Melvin White (admitted *pro hac vice*)<br>Laina C. Lopez (admitted *pro hac vice*)<br>1101 17th Street, N.W., Suite 1100<br>Washington, D.C. 20036-4798<br>Tel: (202) 293-5555<br>dbaron@bcr-dc.com<br>mwhite@bcr-dc.com<br>lcl@bcr-dc.com | MCGUIREWOODS LLP<br>Alex. J. Brackett (admitted *pro hac vice*)<br>Jeremy S. Byrum (admitted *pro hac vice*)<br>Kathryn M. Barber (admitted *pro hac vice*)<br>Jah Akande (admitted pro hac vice)<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, VA 23219-3916<br>Tel: (804) 775-1000<br>abrackett@mcguirewoods.com<br>jbyrum@mcguirewoods.com<br>kbarber@mcguirewoods.com<br>jakande@mcguirewoods.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

IT IS SO ORDERED this 8th day of December 2021.

_____
The Honorable Maryellen Noreika
United States District Judge