# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Angela Romagosa Fernandez | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 1:21-cv-01606-MN |
| | ) | |
| v. | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| Trafigura Trading, LLC | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## SECOND STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING

WHEREAS, on November 15, 2021, Plaintiff filed a Complaint [D.I. 1] against Defendant Trafigura Trading, LLC; and

WHEREAS, Plaintiff intends to amend the Complaint;

WHEREAS, certain administrative matters, including the researching the potential estates that may need to be opened for potential plaintiffs who are deceased, needed to be addressed before Plaintiff can file the amended complaint;

WHEREAS, on December 8, 2021, the Court executed the Stipulation and Order Regarding Scheduling, staying the case through and including February 7, 2022 [D.I. 8]; and

WHEREAS, Plaintiff represents that as of February 3, 2022, the process of researching the potential estates was completed and the Estate of Olga Romagosa y Diaz was opened in the Eleventh Judicial Circuit Court for Miami-Dade County, Florida, Case No. 2022-000651-CP-02;

WHEREAS the deadline for Plaintiff's amended complaint is February 7, 2022;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval and order of the Court, that:

1. This action is stayed through and including March 16, 2022.

2. Defendant need not respond to the original Complaint.

3. Plaintiff may file an amended complaint by or before March 16, 2022.

4. Defendant shall have 60 days from the filing of the amended complaint to answer or otherwise respond to the amended complaint.

| CROSS & SIMON, LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Michael L. Vild | /s/ Jack B. Blumenfeld |
| Michael L. Vild (No. 3042) | Jack B. Blumenfeld (No. 1014) |
| 1105 N. Market Street | 1201 N. Market Street |
| Suite 901 | P.O. Box 1347 |
| Wilmington, Delaware 19801 | Wilmington, DE 19899 |
| Tel: (302) 777-4200 | Tel: (302) 658-9200 |
| mvild@crosslaw.com | jblumenfeld@morrisnichols.com |

OF COUNSEL

| BERLINER CORCORAN & ROWE LLP | MCGUIREWOODS LLP |
|---|---|
| David A. Baron | Alex. J. Brackett (admitted *pro hac vice*) |
|     (will seek admission *pro hac vice*) | Jeremy S. Byrum (admitted *pro hac vice*) |
| Melvin White | Kathryn M. Barber (admitted *pro hac vice*) |
|     (will seek admission *pro hac vice*) | Jah Akande (admitted *pro hac vice*) |
| Laina C. Lopez | Gateway Plaza |
|     (will seek admission *pro hac vice*) | 800 East Canal Street |
| 1101 17th Street, N.W., Suite 1100 | Richmond, VA 23219-3916 |
| Washington, D.C. 20036-4798 | Tel: (804) 986-5331 |
| Tel: (202) 293-5555 | |
| dbaron@bcr-dc.com | *Counsel for Defendant* |
| mwhite@bcr-dc.com | |
| llopez@bcr-dc.com | |

*Counsel for Plaintiff*

IT IS SO ORDERED this ___ day of February, 2022

_____
The Honorable Maryellen Noreika