IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Angela Romagosa Fernandez | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 1:21-cv-01606-MN |
| | ) | |
| v. | ) | |
| | ) | |
| Trafigura Trading, LLC | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## SUGGESTION OF DEATH

COMES NOW counsel for Plaintiff Angela Romagosa Fernandez, who, pursuant to Federal Rule of Civil Procedure 25(a), states that Angela Romagosa Fernandez passed away on February 16, 2022. A copy of the death certificate is available for inspection at the offices of undersigned counsel. A personal representative has not yet been appointed.

Dated:  March 16, 2022                          CROSS & SIMON, LLC

                                                 */s/ Michael L. Vild*
                                                 Michael L. Vild (No. 3042)
                                                 1105 N. Market Street, Suite 901
                                                 Wilmington, Delaware 19801
                                                 Tel: (302) 777-4200
                                                 Facsimile: (302) 777-4224
                                                 mvild@crosslaw.com

                                                 *Counsel for Plaintiff*

*OF COUNSEL*

BERLINER CORCORAN & ROWE LLP
David A. Baron
Melvin White
Laina C. Lopez
1101 17th Street, N.W., Suite 1100
Washington, D.C. 20036-4798
Tel:  (202) 293-5555
Facsimile:  (202) 293-9035
dbaron@bcr-dc.com
mwhite@bcr-dc.com
llopez@bcr-dc.com


FIELDS PLLC
Richard W. Fields
Martin F. Cunniff
Edward Han
1701 Pennsylvania Ave, N.W., Suite 200
Washington, D.C. 20006
Tel: (833) 382-9816
fields@fieldslawpllc.com
MartinCunniff@fieldslawpllc.com
edhan@fieldslawpllc.com