IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELA ROMAGOSA FERNANDEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1606 (MN) |
| | ) |
| TRAFIGURA TRADING, LLC, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT TRAFIGURA TRADING, LLC'S MOTION
FOR A STAY OF PROCEEDINGS**

Defendant Trafigura Trading, LLC ("TTL") moves the Court for a stay of proceedings until resolution of any successor or representative's Motion for Substitution. A proposed form of Order is attached hereto. In support of this motion, TTL states as follows:

1. On November 12, 2021, Plaintiff Angela Romagosa Fernandez filed a complaint alleging that TTL has trafficked in confiscated property in violation of Title III of the Cuban Liberty and Democratic Solidarity Act of 1996, 22 U.S.C. §§ 6081-6085 ("Title III"). D.I. 1 (the "Original Complaint").

2. On December 8, 2021, the Court entered the parties' Stipulation and Order Regarding Scheduling, staying the case through and including February 7, 2022, to permit certain administrative matters to be addressed.[1] D.I. 8.

---

[1] The parties sought the initial stay to allow Plaintiff's counsel to resolve questions concerning the probate estate of a potential additional plaintiff, with the expectation that an amended complaint would be filed before expiration of the stay. On March 22, 2022, following Plaintiff's death, Plaintiff's counsel filed a separate action in this court on behalf of individuals and estates it had anticipated adding to this case, and thus is not expected to seek to join additional plaintiffs to this action. *See Sierra et al v. Trafigura Trading, LLC*, C.A. No. 22-366-MN.

3. On February 7, 2022, the Court entered the parties' second Stipulation and Order Regarding Scheduling, extending the stay through March 16, 2022. By the terms of that Order, Plaintiff was allowed to file an amended complaint by or before March 16, 2022, TTL was not required to respond to the Original Complaint, and TTL was permitted to file an answer or otherwise respond to the amended complaint within 60 days from its filing. D.I. 10.

4. On March 16, 2022, Plaintiff's counsel filed a Suggestion of Death on the docket, notifying the Court and TTL's counsel that the Plaintiff, Angela Romagosa Fernandez (hereinafter "Decedent"), had died on February 16, 2022. D.I. 11.

5. Pursuant to Federal Rule of Civil Procedure 25(a), when a Suggestion of Death is filed, there is a 90-day period in which the plaintiff's successor or representative, if any, shall file a Motion for Substitution or the matter must be dismissed. Fed. R. Civ. P. 25(a).

6. On April 6, 2022, the Court issued an Oral Order requiring Decedent's successor or representative to file a Motion for Substitution within 90 days. D.I. 14. TTL will thereafter have the opportunity to respond to any Motion for Substitution as may be filed.

7. Accordingly, Counsel for TTL hereby requests that the Court stay all proceedings and deadlines other than those pending under Rule 25 until the Court resolves any Motion for Substitution that may be filed. TTL further requests that if the Motion for Substitution is granted, TTL be provided 60 days to respond to whatever operative complaint may be in place following substitution of the Decedent, whether it be the Original Complaint with a substitute plaintiff or such other amended complaint as the Court may authorize, consistent with the intention of the parties' Stipulation and Order Regarding Scheduling.

8. The grant of a stay will not significantly affect the progress of this case and will promote efficiency.

9. Neither party will be prejudiced by the Court's granting of this motion.

                                             MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                             */s/ Jack B. Blumenfeld*

OF COUNSEL:

Alex J. Brackett
Caroline Schmidt Burton
Kathryn M. Barber
Jah Akande
MCGUIRE WOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA  23219-3916
(804) 775-1000

Andrew P. Thornton-Dibb
MCGUIRE WOODS LLP
888 16th Street N.W., Suite 500
Black Lives Matter Plaza
Washington, DC  20006
(202) 857-1700

May 3, 2022

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com

*Attorneys for Defendant*

### RULE 7.1.1 CERTIFICATE

I hereby certify that the subject of the foregoing motion has been discussed with counsel for Decedent. Until the issue of Decedent's substitution is resolved by the Court, Decedent's counsel is not able to take a position on the motion.

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELA ROMAGOSA FERNANDEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRAFIGURA TRADING, LLC, ) <br> ) <br> Defendant. ) | C.A. No. 21-1606 (MN) |

**[PROPOSED] ORDER REGARDING DEFENDANT TRAFIGURA TRADING, LLC'S MOTION FOR A STAY OF PROCEEDINGS**

WHEREAS, on May 3, 2022, Defendant Trafigura Trading, LLC ("TTL") filed a Motion for a Stay of Proceedings;

THE COURT HEREBY GRANTS TTL's Motion as follows:

1. All proceedings in this action other than those under Federal Rule of Civil Procedure 25 are stayed pending the Court's resolution of any Rule 25 Motion for Substitution.

2. In the event that the Court determines that substitution of the Plaintiff is appropriate, TTL shall have 60 days from the later of (i) the date of substitution or (ii) the date on which the substituted Plaintiff files any amended complaint as may be authorized by the Court in connection with the substitution, to respond to the operative complaint in place at that time.

IT IS SO ORDERED this ___ day of May, 2022.

_____
The Honorable Maryellen Noreika

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 3, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Michael L. Vild, Esquire<br>CROSS & SIMON, LLC<br>1105 North Market Street, Suite 901<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| David A. Baron, Esquire<br>Melvin White, Esquire<br>Laina C. Lopez, Esquire<br>BERLINER CORCORAN & ROWE LLP<br>1101 17th Street, N.W., Suite 1100<br>Washington, D.C.  20036-4798<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Richard W. Fields, Esquire<br>Martin F. Cunniff, Esquire<br>Edward Han, Esquire<br>FIELDS PLLC<br>1701 Pennsylvania Avenue, N.W., Suite 200<br>Washington, D.C.  20006<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)