IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELA ROMAGOSA FERNANDEZ,       )<br>                                                                )<br>                    Plaintiff,                      )<br>                                                                )<br>           v.                                                )     C.A. No. 21-1606 (MN)<br>                                                                )<br>TRAFIGURA TRADING, LLC,                )<br>                                                                )<br>                    Defendant.                    )   | |

**ORDER GRANTING DEFENDANT TRAFIGURA TRADING, LLC'S
<u>MOTION FOR A STAY OF PROCEEDINGS</u>**

At Wilmington, this 12th day of May 2022;

WHEREAS, on May 3, 2022, Defendant Trafigura Trading, LLC ("TTL") filed a Motion for a Stay of Proceedings (D.I. 15);

WHEREAS, until the issue of decedent plaintiff's substitution is resolved by the Court, decedent plaintiff's counsel is unable to take a position on this motion (D.I. 15 Rule 7.1.1 Certificate); and

WHEREAS, TTL having shown good cause;

IT IS HEREBY ORDERED that the motion is GRANTED.

1. All proceedings in this action other than those under Federal Rule of Civil Procedure 25 are stayed pending the Court's resolution of any Rule 25 Motion for Substitution.

2. In the event that the Court determines that substitution of the Plaintiff is appropriate, TTL shall have 60 days from the later of (i) the date of substitution or (ii) the date on which the substituted Plaintiff files any amended complaint as may be authorized by the

Court in connection with the substitution, to respond to the operative complaint in place at that time.

                                                                                            _____
The Honorable Maryellen Noreika
United States District Judge