IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANGELA ROMAGOSA FERNANDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1606 (MN) |
| | ) | |
| TRAFIGURA TRADING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the defendant to file its answering brief in response to the Motion to Substitute Plaintiff (D.I. 17) is extended until July 8, 2022 and the time to file a reply brief in support of that motion is extended until July 22, 2022.

| | |
|---|---|
| CROSS & SIMON, LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Michael L. Vild* | /s/ *Jack B. Blumenfeld* |
| Michael L. Vild (#3042) | Jack B. Blumenfeld (#1014) |
| 1105 North Market Street, Suite 901 | Michael J. Flynn (#5333) |
| Wilmington, DE 19801 | 1201 North Market Street |
| (302) 777-4200 | P.O. Box 1347 |
| mvild@crosslaw.com | Wilmington, DE 19899 |
| | (302) 658-9200 |
| *Attorneys for Plaintiff* | jblumenfeld@morrisnichols.com |
| | mflynn@morrisnichols.com |
| | *Attorneys for Defendant* |

SO ORDERED this____day of June, 2022.

_____
United States District Court Judge