## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Angela Romagosa Fernandez )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Trafigura Trading, LLC )<br>)<br>Defendant. ) | C.A. No. 1:21-cv-01606-GBW |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jared R. Butcher, Esquire of Berliner Corcoran & Rowe LLP to represent Plaintiff in this matter.

Dated: September 14, 2022

CROSS & SIMON LLC

*/s/ Michael L. Vild*
Michael L. Vild (No. 3042)
1105 N. Market Street, Suite 901
Wilmington, Delaware 19801
Tel: (302) 777-4200
mvild@crosslaw.com

*Counsel for Plaintiff*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____      _____
The Honorable Gregory B Williams
United States District Court Judge

**CERTIFICATION BY JARED R. BUTCHER**
**TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia, State of Colorado and Commonwealth of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 8/30/16, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: September 14, 2022               */s/ Jared R. Butcher*
                                                         Jared R. Butcher, Esq.
                                                         BERLINER CORCORAN & ROWE LLP
                                                         1101 17th Street, N.W., Suite 1100
                                                         Washington, D.C. 20036-4798
                                                         Tel: (202) 293-1074
                                                         jbutcher@bcr-dc.com